# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  June 1, 2016
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## CANCELLATION NOTICE

The status conference scheduled for June 1, 2016, at 5:15 PM before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of Pacheco v. Emerald Tree Care Inc. et al, 15cv1323 (NSR)(LMS), has been *cancelled*.

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.